IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA MILIK WILLIAMS**                                                                              **PLAINTIFF**

v.                                    Case No.: 4:22-cv-00423-LPR

**BRET QUALLS, Public Defender;**
**LOTT ROLFE**                                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of this Judgment and the accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 7th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).